v. *Solomon*, 237 U. S. 427, 431. *Mr. Charles A. Leach* for defendant in error, in support of the motion. *Messrs. Timothy S. Hogan* and *John S. Hogan* for plaintiffs in error, in opposition thereto.

---

No. 197. THE ARKANSAS RIVER GAS COMPANY *v.* BOARD OF COUNTY COMMISSIONERS OF SEDGWICK COUNTY, KANSAS, ET AL. Error to the Supreme Court of the State of Kansas. Motion to dismiss submitted October 5, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Erie R. R.* v. *Purdy*, 185 U. S. 148; *Layton* v. *Missouri*, 187 U. S. 356; *Louisville & Nashville R. R.* v. *Woodford*, 234 U. S. 46, 51. *Mr. I. N. Williams* for defendants in error, in support of the motion. *Messrs. Joseph S. Clark* and *Thomas C. Wilson* for plaintiff in error, in opposition thereto.

---

No. 17. STANLEY P. HALL ET AL., ADMINISTRATORS *v.* F. ALEXANDER CHANDLER ET AL., RECEIVERS. Appeal from the Circuit Court of Appeals for the First Circuit. Argued October 8, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon authority of *Begg* v. *New York City*, 262 U. S. 196, 198; *Shultes* v. *McDougal*, 225 U. S. 561, 568. *Mr. Stanley P. Hall*, with whom *Messrs. Walter B. Grant* and *Arthur V. Harper* were on the brief, for appellants. *Mr. Judd Dewey* for appellees.

---

No. 23. PRINCE TYNER *v.* HENRY BUFFINGTON ET AL. Error to the Supreme Court of the State of Oklahoma. Argued October 8, 9, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as